IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IMELDA CANTÚ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 1:13-cv-112-SS |
| | § | |
| | § | |
| 360TRAINING.COM, INC. | § | **JURY DEMANDED** |
| | § | |
| Defendants. | § | |

**NOTICE OF SETTLEMENT**

The parties file this Notice to inform the Court that this matter has been resolved to the mutual satisfaction of all parties. The parties will file a joint stipulation of dismissal prior to the Court's April 30, 2014 status conference setting.

                          Respectfully submitted,

                          TERRY, SIMON & KELLY, P.L.L.C.
                          1002 RIO GRANDE STREET
                          Austin, Texas 78701
                          512-391-1955 (phone)
                          512-588-1726 (facsimile)

                          /s/ Kell A. Simon
                          Kell A. Simon
                          State Bar No. 24060888

                          ATTORNEY FOR PLAINTIFF

                          /s/ Gregory Jordan
                          Gregory Jordan
                          Law Offices of Gregory D. Jordan
                          5608 Parkcrest Drive, Suite 310
                          Austin, Texas 78731

            `              ATTORNEY FOR DEFENDANT